## COLE *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 10, September Term, 1964 (Adv.).]

*Decided July 29, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Lindsay in the lower court, the application for leave to appeal is denied.

*Application denied.*